**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00069-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MARTIN VIDEL-GOMEZ,
      a/k/a Martin Vidal-Gomez,
      a/k/a Alberto Cisneros-Gomez,

    Defendant.

## MINUTE ORDER[1]

A Notice of Disposition was filed on April 21, 2014.

**THEREFORE, IT IS ORDERED** as follows:

1. That a Change of Plea hearing is set for **May 13, 2014,** at 11:00 a.m., at which counsel and the defendant shall appear without further notice or order;

2. That counsel for the parties shall deliver or e-mail a courtesy copy of all plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy;

3. That on the date of the hearing, counsel shall then bring with them an **original** and one (1) **copy** of the plea agreement and the statement in advance;

4. That the Trial Preparation Conference set May 1, 2014, and the jury trial set May 5, 2014, are **VACATED**; and

5. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:       April 22, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.