**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  14-cr-00069-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARTIN VIDEL-GOMEZ,
      a/k/a Martin Vidal-Gomez,
      a/k/a Alberto Cisneros-Gomez,

      Defendant.

---

**ORDER**

---

      Pursuant to and in accordance with the sentencing hearing held before the

Honorable Robert E. Blackburn, United States District Judge, on September 11, 2014,

      **IT IS ORDERED** that Defendant Martin Videl-Gomez is sentenced to **time**

**served**.

      Dated:  September 11, 2014

                        BY THE COURT:


                        s/ Robert E. Blackburn
                        ROBERT E. BLACKBURN,
                        UNITED STATES DISTRICT JUDGE